**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02511-RBJ

MICHAEL G. LUDINGTON,

    Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC,

    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES MICHAEL G. LUDDINGTON ("Plaintiff"), by and through the undersigned attorney, and in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, CREDENCE RESOURCE MANAGEMENT, LLC, with prejudice. Each party shall bear its own costs and attorney fees. Respectfully submitted this 7th day of February 2022.

    */s/ Nathan C. Volheim*
    Nathan C. Volheim
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    Telephone: (630) 575-8181 x113
    Fax: (630) 575-8188
    nvolheim@sulaimanlaw.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim
